| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>CHAMBERS PREPARED ORDER<br><br><br><br>☐ *Attorney for Debtor(s)*<br>☐ *Debtor(s) appearing without attorney* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**DEC 06 2012**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** gae       **DEPUTY CLERK** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** ||
| In re:<br><br>JAE HO KIM<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:12-bk-40245-RK<br>CHAPTER: 7<br><br>**ORDER ON MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**<br><br>[No hearing required] |

**Creditor Name**: <u>**WELLS FARGO BANK**</u>
   *(Insert name of creditor holding lien to be avoided)*

Pursuant to 11 U.S.C. § 522(f) and LBR 9013-1(o), Debtor(s) moved to avoid a judicial lien on real property claimed to be exempt. THE COURT FINDS AND ORDERS AS FOLLOWS:

1. Notice of this motion complied with LBR 9013-1(o).

2. **Hearing Information:**
   a. ☒ No hearing is required: Debtor(s) has filed a declaration (F 9013-1.9) stating that no opposition was timely received.
   b. ☐ A timely objection was received and a hearing was held as follows:
      (1) Date:_____ (2) Time:_____ (3) Courtroom: _____ (4) Judge: _____
      (5) The matter was    ☐ Contested    ☐ Uncontested    ☐ Settled by Stipulation    ☐ Not Prosecuted
      (6) ☐ Debtor(s) present in court (*Name*): _____
      (7) ☐ Attorney for Debtor(s) present in court (*Name*): _____
      (8) ☐ Attorney for Lienholder present in court (*Name*): _____
      (9) ☐ Other parties present as reflected in the court record

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                      Page 1                                   **F 4003-2.1.ORDER.RP**

3. The real property to which this Order applies is as follows:
   a. Street Address (*specify*): <u>603 S. McCadden Place, Los Angeles, CA 90005</u>

   b. Legal Description (*specify*): LOT 54 OF TRACT NO. 6388, IN THE CITY OF    ☐ See Attached Page
      LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS
      PER MAP RECORDED IN BOOK 69, PAGES 53 AND 54, OF MAPS, IN THE
      OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

4. Recording information regarding lien to be avoided:
   a. Date of recordation of lien (*specify*): _____
   b. Recorder's instrument number or map/book/page number (*specify*): _____

5. ☐ Motion granted:
   a. ☐ The judicial lien sought to be avoided impairs an exemption to which Debtor(s) would otherwise be entitled under 11 U.S.C. § 522(d)
   b. ☐ The judicial lien is hereby declared void and unenforceable:
      (1) ☐ In its entirety
      (2) ☐ In the following amount *only*: $ _____. The balance of $ _____ remains a valid and enforceable lien against the property.

6. ☒ Motion denied on the following grounds:     ☐ With prejudice     ☒ Without prejudice
   a. ☒ Insufficient notice
   b. ☐ Insufficient evidence of the exempt status of the property in question
   c. ☒ Other (*specify*): The moving papers are deficient because (1) according to the proof of service, the Motion was never served; (2) Debtor submitted no evidence of the fair market value of the subject property (i.e., no appraisal or broker's price opinion under penalty of perjury); (3) Debtor submitted no evidence that Bank of America has unavoided liens on the subject property (i.e., no properly authenticated copy of trust deed with recordation information); (4) Debtor submitted no evidence of the lien to be avoided (i.e., no properly authenticated copy of trust deed or lien with recordation information); and (5) Debtor's claimed homestead exemption is $0 on Schedule C. Therefore, by definition, a zero exemption cannot be impaired by a lien.

7. ☐ The court further orders as follows (specify):     ☐ See Attached Page

###

DATED: December 6, 2012

_____
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: **ORDER ON MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) December 6, 2012, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

- Dana M Douglas    dmddouglas@hotmail.com
- Carolyn A Dye (TR)    trustee@cadye.com, cdye@ecf.epiqsystems.com;atty@cadye.com
- David Marh    marhlaw@yahoo.com
- Ramesh Singh    claims@recoverycorp.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses stated below:

***Debtor***
Jae Ho Kim
603 S. Mccadden Pl.
Los Angeles, CA 90005

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                                                 Page 3                                                        **F 4003-2.1.ORDER.RP**